■ In the Matter of ANGELA SHORTT, Respondent, v. BENNETT KARMIN, Appellant.— Order, entered August 7, 1964, unanimously reversed, on the law and on the facts, without costs and disbursements and a new trial granted. The filiation order is not supported by convincing and satisfactory evidence. Medical testimony was presented by appellant that he was relatively sterile. While defendant admitted acts of sexual intercourse with petitioner the crucial issue was the date of conception. The proof relating thereto is far from satisfactory. A doctor called by appellant expressed the opinion upon facts assumed from testimony of petitioner and his examination of the hospital records that defendant could not have been the father of the child. Petitioner submitted no medical testimony and the hospital records of her confinement were not offered in evidence. Moreover, there was proof from petitioner's roommate as to social engagements of petitioner with other men during the period in question that raises serious doubts as to her veracity. A new trial is required for fuller exploration of these issues. Concur — Botein, P. J., Breitel, Rabin, Steuer and Bastow, JJ.

■ JOSEPHINE DI FRANCESCO (PACE), Respondent, v. MARIO J. DI FRANCESCO, Appellant.— Order of commitment, entered on August 19, 1964, unanimously affirmed, without costs and without disbursements. The papers on appeal contain two notices of appeal: the first, from the order of August 19, 1964 aforesaid; the second, apparently abandoned, from an order dated August 12, 1964, not in the record on appeal. The order of August 19, 1964 is predicated on a hearing of August 12, 1964, the minutes of which are not before us. The underlying order of protection dated July 23, 1964 is grounded on a hearing of that day, the minutes of which are not part of the record on appeal. It is impossible to pass on the merits of the appeal. Appellant having submitted the appeal on an incomplete and insufficient record must abide the consequences. (See *E. P. Reynolds, Inc.* v. *Nager Elec. Co.*, 21 A D 2d 306.) Concur — Breitel, J. P., Rabin, McNally, Stevens and Bastow, JJ.